IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLOSNIP, LLC, a Georgia Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:14-cv-01840-MHC |
| ROOSTER PRODUCTS INT'L INC., a Texas Corporation, d/b/a THE ROOSTER GROUP and d/b/a ROOSTER MANUFACTURING SERVICES GROUP, ) ) ) ) ) ) ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND MEMORANDUM OF SETTLEMENT

**COMES NOW** Plaintiff, Rolosnip, LLC ("Rolosnip"), by and through its Attorney, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Local Rule 41.1, files this Joint Stipulation of Dismissal With Prejudice and Memorandum of Settlement, showing the Court as follows:

1.  Plaintiff Rolosnip, LLC ("Rolosnip") commenced the instant action on June 12, 2014.

2.  A related case, *Rooster Products Int'l Inc. v. Rolosnip, LLC et al*, 1:14-cv-03433, was transferred from the United States District Court for the Western District of Texas to the Northern District of Georgia on July 25, 2014, and is

currently pending before the Honorable Judge Eleanor Ross.  The case before Judge Ross includes as a party defendant RG Consulting Group, Inc. ("RGCG") which is not a party to the instant action.  Rolosnip has filed counterclaims against Rooster in the second case, 1:14-cv-03433.

3. Rolosnip, RGCG, and Rooster (together, the "Settling Parties") settled both cases pending before the Northern District of Georgia and entered into a settlement agreement (the "Settlement Agreement") resolving both cases, 1:14-cv-01840 and 1:14-cv-03433.  Pursuant to the terms of the Settlement Agreement, the terms of which are confidential, the Settling Parties agreed to voluntarily dismiss with prejudice all of their respective claims in both pending actions with no party admitting fault and for the Settlement Agreement not to be interpreted or construed in favor of or against any particular party.

4. This Court was provided notice of the settlement, and the instant action was administratively closed on March 18, 2015, and the Court stated that the parties to this action shall file a dismissal upon finalization of the settlement documents.  Case 1:14-cv-03433 also was administratively closed on March 18, 2015, and the parties were directed to file a stipulation of dismissal upon execution of the settlement documents.

5. Rolosnip and RGCG has retained new counsel to represent them for the limited purpose of filing each Joint Stipulation of Dismissal for both cases

currently pending in United States District Court for the Northern District of Georgia.

6.  Kristopher J. Mueller, president of Rolosnip, has executed an affidavit, attached hereto as Exhibit A, acknowledging his execution of the Settlement Agreement and his understanding that all of Rolosnip's claims in both pending actions are to be voluntarily dismissed with prejudice.  Gulia Ismailova-Adams, President of RGCG, has executed an affidavit, attached hereto as Exhibit B, acknowledging her execution of the Settlement Agreement and understanding that case 1:14-cv-03433 will be voluntarily dismissed with prejudice.

**Wherefore**, the parties jointly stipulate and requests that pursuant to the Settlement Agreement and the request of the parties to this action, that the Court dismiss the instant action with prejudice pursuant to Local Rule 41.1 and Fed.R.Civ.P. 41(a)(1)(A)(ii) without the award of any attorney's fees or costs.

Respectfully submitted this 14th day of April 2015.


[signatures on following page]

| On behalf of Rolosnip and RCGC: | On behalf of Rooster: |
|---|---|
| **DILWORTH IP, LLC** | **SEYFARTH SHAW LLP** |
| /S/Robert M. Ward | _____ |
| Robert M. Ward, Esq. | Rebecca A. Davis, Esq. |
| Georgia Bar No. 775401 | Georgia Bar No. 141711 |
| Dilworth IP, LLC | Seyfarth Shaw LLP |
| 3455 Peachtree Road, NE, Floor 5 | 1075 Peachtree Street, NE, Suite 2500 |
| Atlanta, Georgia | Atlanta, Georgia  30309 |
| Email: rward@dilworthip.com | Email:  rdavis@seyfarth.com |
| Telephone:  404-606-6480 | *Counsel for Defendant* |
| Facsimile: (203) 220-8497 | |